# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERINA CLARK, et al., <br><br>        Plaintiffs, <br><br>   v. <br><br>WORLDMARK, THE CLUB, et al., <br><br>        Defendants. | Case No.: 1:18-cv-01661 NONE JLT <br><br> ORDER AFTER INFORMAL CONFERENCE RE: DISCOVERY DISPUTE |

      At the request of the plaintiff, the Court held an informal telephonic conference to address ongoing discovery disputes. By the time of the conference, the parties had resolved most of the issues already, but several remained.

      In discussing the issues, the Court noted that there was nothing in the scheduling order that prevented the plaintiff from obtaining "class[1]" discovery. Rather, the order contemplated no extra time for phased discovery. Moreover, the defense has not made a proper showing that class discovery is prohibitively burdensome. On the other hand, the Court sees no reason—and plaintiff's counsel agreed—for the need for discovery as to the personal identifiers of those who may be prospective members of the collection.

      In addition, some of the requests are vague and ambiguous and seem to fail to seek the

---

[1] Notably, this is not a class action but, instead, a collective action case. However, because this is the phraseology employed by counsel, the Court will use this term here.

1

specific information needed by the plaintiffs.

After discussion with counsel, they agreed they would further meet and confer and, no later than February 14, 2020, defense counsel would notify plaintiff's counsel as to the information that would be provided. Because this discovery has remained outstanding for far too long, if the discovery is not provided by February 28, 2020 (or earlier date agreed upon by counsel), plaintiff may file a motion to compel. Any such motion SHALL comply with Local Rule 251(c), which requires first, the filing of a notice of motion and then the filing of a joint statement no later than seven days before the hearing.

IT IS SO ORDERED.

Dated: **February 7, 2020**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE