# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERINA & BRYAN CLARK, individually and as Private Attorney Generals on behalf of the general public;<br><br>Plaintiffs,<br><br>v.<br><br>WORLDMARK, THE CLUB, et al.,<br><br>Defendants. | Case No.: 1:18-cv-01661-NONE (JLT)<br><br>**[PROPOSED] ORDER FOR JOINT STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIAL DESIGNATION**<br><br>(Doc. 42) |

Good cause appearing, the Court **ORDERS**:

1. The stipulated protective order (Doc. 42), is GRANTED. However, the parties are reminded that any motion to file documents under seal under Local Rule 141 SHALL be supported by good cause. The mere fact that the documents have been designated as "confidential" according to the protective order, does not form a basis for sealing.

IT IS SO ORDERED.

Dated: **March 3, 2020**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE