1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERINA & BRYAN CLARK, individually and as Private Attorney Generals on behalf of the general public; | Case No.: 1:18-cv-01661-NONE (JLT) |
| Plaintiffs, | [~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO MODIFY INITIAL SCHEDULING ORDER FOR NON-EXPERT DISCOVERY CUTOFF** |
| v. | (Doc. 44) |
| WORLDMARK, THE CLUB, a California Corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon corporation, WYNDHAM VACATION OWNERSHIP, INC., a Delaware Corporation and Does 1-10, inclusive; | |
| Defendants. | |

The Court, having read and considered Plaintiffs TERINA CLARK AND BRYAN CLARK (hereinafter "Plaintiffs") and Defendants WORLDMARK, THE CLUB, WYNDHAM RESORT DEVELOPMENT CORPORATION, and WYNDHAM VACATION OWNERSHIP, INC.'s (hereinafter "Defendants") (hereinafter collectively the "Parties") Joint Stipulation to Modify Initial Scheduling Order for Non-Expert Discovery Cutoff finds that good cause exists to grant the requested relief. Accordingly, the Court **ORDERS** the case schedule amended as follows:

1.     The parties SHALL complete the depositions of the plaintiffs and written discovery propounded on the plaintiffs, no later than July 31, 2020. They are strongly urged to employ alternative means, such as videoconferencing, to take the depositions so that the reasons for this extension, will no longer pose an obstacle.

IT IS SO ORDERED.

Dated:   **June 23, 2020**                          **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY INITIAL SCHEDULING ORDER
FOR NON-EXPERT DISCOVERY CUTOFF
CASE NO. 1:18-cv-01661-NONE-JLT

1