UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERINA CLARK, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WORLDMARK, THE CLUB, a California Corporation, et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-01661-NONE JLT<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THE ACTION (Doc. 46)** |

　　　The parties have stipulated to the action being dismissed with prejudice. (Doc. 46) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to ASSIGN a District Judge to this case and to close this action.

IT IS SO ORDERED.

　　Dated:　**October 25, 2020**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE